| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | ELIZABETH S. SALVESON, State Bar # 83788 |
|   | Chief Labor Attorney |
| 3 | JONATHAN C. ROLNICK, State Bar #151814 |
|   | ADELMISE ROSEMÉ WARNER, State Bar #215385 |
| 4 | Deputy City Attorneys |
|   | Fox Plaza |
| 5 | 1390 Market Street, 5th Floor |
|   | San Francisco, California 94102-5408 |
| 6 | Telephone: (415) 554-3815 |
|   | Facsimile: (415) 554-4248 |

**FILED**

NOV - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL McDONNELL, AND OTHERS SIMILARLY SITUATED, | Case No. C05-4178 MHP |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR CITY AND COUNTY OF SAN FRANCISCO TO RESPOND TO COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

STIPULATION - CASE NO. C05-4178 MHP     1     n:\labor\li2005\060478\00341530.doc

Plaintiff Daniel McDonnell in the above-captioned action, through his attorneys of record, hereby agrees and stipulates that Defendant City and County of San Francisco shall have up to and including Thursday, November 10, 2005 to respond to the Complaint for Damages and Declaratory Relief under the FLSA [29 U.S.C. § 201, *et seq.*] (Collective Action Complaint).

Dated: November 7, 2005

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
ADELMISE ROSEMÉ WARNER
Deputy City Attorneys

By: _____s/Adelmise Rosemé Warner_____
ADELMISE ROSEMÉ WARNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: November 7, 2005

STEWART WEINBERG
CAREN P. SENCER
WEINBERG, ROGER & ROSENFELD

By: _____s/Caren P. Senser_____
CAREN P. SENCER

Attorneys for Plaintiff
DANIEL MCDONNELL

11/7/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE