1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar # 83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   ADELMISE ROSEMÉ WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 5th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3815
   Facsimile:    (415) 554-4248
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13 | DANIEL McDONNELL, AND OTHERS SIMILARLY SITUATED, | Case No. C05-4178 MHP |
|---|---|
14 | Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS** |
15 | vs. | |
16 | CITY AND COUNTY OF SAN FRANCISCO, | |
17 | Defendant. | |

1  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel that all
2  claims brought by Plaintiff Daniel McDonnell against Defendant the City and County of San
3  Francisco in the above-captioned action be and hereby are dismissed with prejudice pursuant to
4  Federal Rule of Civil Procedure 41(a)(1). The parties further request that the district court enter an
5  order to that effect.
6  **SO STIPULATED**
7
8  Dated: September 25, 2006
9
                                    DENNIS J. HERRERA
                                    City Attorney
10                                  ELIZABETH S. SALVESON
                                    Chief Labor Attorney
11                                  JONATHAN C. ROLNICK
                                    ADELMISE ROSEMÉ WARNER
12                                  Deputy City Attorneys
13
14
                                    By: s/Jonathan C. Rolnick
15                                      JONATHAN C. ROLNICK

16                                  Attorneys for Defendant
                                    CITY AND COUNTY OF SAN FRANCISCO
17
18  Dated: October 11, ~~September 25,~~ 2006
19
                                    STEWART WEINBERG
                                    CAREN P. SENCER
20                                  WEINBERG, ROGER & ROSENFELD
21
22                                  By: /s/ Caren P. Sencer
                                        CAREN P. SENCER
23
24                                  Attorneys for Plaintiff
                                    DANIEL MCDONNELL
25
26
27  ///
28  ///

STIP. & ORDER RE DISMISSAL                    2                      n:\labor\li2005\060478\00401746.doc
CASE NO. C05-4178 MHP

## ORDER

**IT IS HEREBY ORDERED THAT** all of the claims of Plaintiff Daniel McDonnell against the Defendant the City and County of San Francisco are dismissed with prejudice.

DATED: 10/16/2006



HON. MARILYN HALL PATEL
United States District Court

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. & ORDER RE DISMISSAL
CASE NO. C05-4178 MHP

3

n:\labor\li2005\060478\00401746.doc